IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYNTHIA J. JOHNSTON,

        Plaintiff,

vs.                         CASE NO.: 1:07cv217-SPM/AK

DIRECTV, INC.,
a California corporation, and
ALLIED INTERSTATE, INC.,
a Minnesota corporation,

        Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement and Dismissal of Action (doc. 26) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of sixty days, during which time any party may move to reopen the case for good cause shown.

DONE AND ORDERED this 24th day of April, 2008.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge